Valerie Kaye BROOKS

v.

STATE.

No. 0447-92.

Court of Criminal Appeals of Texas,
En Banc.

Dec. 23, 1992.

Appeal from the 209th District Court, Harris County; Michael McSpadden, Judge.

On appellants' petitions for discretionary review: petition granted and remanded to the Court of Appeals.